Serita Rios, SBN# 246568
Law Office of Serita Rios
P.O. Box 688
Fresno, CA 93712-688
Telephone (559) 224-1800
Facsimile (559) 224-1806
serita@seritarioslaw.com

Attorney for Defendant JULIAN ALCANTARA AGUIRRE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. 1:26-CR-00019-KES-EPG |
| Plaintiff, | **STIPULATION AND ORDER TO** |
| vs. | **MODIFY CONDITIONS** |
| | **OF PRETRIAL RELEASE** |
| JULIAN ALCANTARA AGUIRRE, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, that JULIAN ALCANTARA AGUIRRE's conditions of release be modified from Home Detention to Curfew.

The parties stipulate that Mr. Alcantra Aguirre's location monitoring condition set forth in section (7)(n) of his conditions of release be amended as follows:

> **CURFEW**: You must remain inside your residence every day from 9:00 p.m. to 6:00 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

STIPULATION AND [PROPOSED] ORDER TO
MODIFY CONDITIONS OF PRETRIAL RELEASE

Supervising Pretrial Officer, Francisco Guerrero, and AUSA, Chan Hee Chu, are in agreement with this proposed modification. All other terms and conditions of pretrial release will remain in full force and effect.

Dated: June 11, 2026                    Respectfully Submitted,

_/s/ Serita Rios_
_____

**SERITA RIOS**
Attorney for Defendant

Dated: June 11, 2026                    Respectfully Submitted,

_/s/ Chan Hee Chu_
_____

**Chan Hee Chu**
Assistant United States Attorney

## ORDER

Good cause appearing, defendant, JULIAN ALCANTARA AGUIRRE'S, conditions of release shall be modified from Home Detention to Curfew as specified above. All other conditions remain in full force and effect.

IT IS SO ORDERED.

Dated:   **June 12, 2026**                    /s/ _Erica P. Grosjean_
_____
UNITED STATES MAGISTRATE JUDGE

**STIPULATION AND [PROPOSED] ORDER TO
MODIFY CONDITIONS OF PRETRIAL RELEASE**

-2-