**Serita Rios, SBN# 246568**
**Law Office of Serita Rios**
**1435 L Street**
**Fresno, CA 93721**
**Telephone (559) 224-1800**
**Facsimile (559) 224-1806**
**serita@seritarioslaw.com**

Attorney for Defendant JULIAN ALCANTARA AGUIRRE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JULIAN ALCANTARA AGUIRRE,<br>Defendant. | Case No. 1:26-CR-00019-KES-EPG<br>**STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, that JULIAN ALCANTARA AGUIRRE's conditions of release be modified to remove location monitoring. Mr. Alcantara Aguirre has remained fully compliant with all of his conditions of release and Pretrial Services has no objection to this proposed modification.

The parties stipulate that Mr. Alcantra Aguirre's location monitoring condition set forth in section (7)(n) of his conditions of release removed. All other terms and conditions of pretrial release will remain in full force and effect.

Dated: November 19, 2026

Respectfully Submitted,

*/s/ Serita Rios*

**SERITA RIOS**
Attorney for Defendant

Dated: November 19, 2026

Respectfully Submitted,

*/s/ Chan Hee Chu*

**Chan Hee Chu**
Assistant United States Attorney

**ORDER**

Good cause appearing, defendant, JULIAN ALCANTARA AGUIRRE'S, conditions of release shall be modified to remove condition (7)(n), location monitoring. All other conditions remain in full force and effect.

**IT IS SO ORDERED.**

Dated: November 19, 2026

**Frank J. Singer**
United States Magistrate Judge